UNITED STATE Fedral
THE STATE OF Texas
DALLAS, Texas

Dennis Clay Sharpless
vs
Declint (Employe
Good will
7800 EAST LAk June

3-22CV2302-N

Complaint FAct

went To Secound HANDSTORe,
Amount Came came To $160.00 Some-
THING Dollar, Try To Purchus 7
IDem, 4 PAIRS of Factuear,
one Sweeter, one PAIR of 30x30
mens Jean white, one men Head
gear

FAct

will To Settle out of CouRT
FoR A Temp Deliver To mailing
Address 9605 Grady LA DALLAS,
Texas By DATe of Septerber
14, 2023

AS THE woRD Declint means
Not AN Employ Correct me IF
Not RIGHT, AS THAT'S How
AND THAT only way To Learn

NORTHERN DISTRICT OF TEXAS
FILED
OCT 14 2022
CLERK, U.S. DISTRICT COURT
By MS Deputy

Dennis Clay
130 South St Augus
DALLAS, Texas
75216



NORTH TEXAS TX P&DC
DALLAS TX 750
11 OCT 2022 PM 3 L

CHECKED OCT 14 2022



RECEIVED-1
OCT 14 2022
MAILROOM

UNITED STATES
Fedal CouRTHouse
OFFICE OF CLeack
1100 Commerc
DALLAS, Texas

75242-102799